IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHNANTHONY RAY PUTMAN                                                                            PLAINTIFF

v.                                                  Case No. 6:23-cv-06049

JAIL ADMINISTRATOR FRED
PHILLIPS; CORPORAL PASSMORE;
DR. ELKINS; and SERGEANT M. MAHER                                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 12, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Plaintiff Johnanthony Ray Putman has not responded, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Accordingly, pursuant to 28 U.S.C. § 1915A(b)(1), Plaintiff's complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g), and accordingly, the Clerk of Court is hereby **DIRECTED** to place a § 1915(g) strike flag on the case for future judicial consideration. Finally, any appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**, this 6th day of June, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge